UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:07-cr-180 |
| | ) | |
| v. | ) | Honorable Robert Holmes Bell |
| | ) | |
| JASON GLASPER, | ) | |
| | ) | **ORDER OF DETENTION** |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that defendant be held in custody pending trial in this matter, as he

is already being detained on a supervised release violation in case no. 1:03-cr-12.

DONE AND ORDERED this 25th day of July, 2007.

/s/ Joseph G. Scoville
United States Magistrate Judge